UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MAURICE EDWARD THOMPSON )<br>     Plaintiff, )<br>            )<br>v.           )<br>            )<br>PITT COUNTY DETENTION CENTER, )<br>OFFICER BYRUM, *in her official capacity* )<br>SGT. McKINNEY, *in his official capacity* )<br>     Defendants. ) | **JUDGMENT**<br>4:19-CV-114-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 22, 2020, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on October 22, 2020, and Copies To:**
Maurice Edward Thompson (via U.S. Mail) 761 Third Street, Ayden, NC 28573

October 22, 2020         PETER A. MOORE, JR., CLERK

                  /s/ Sandra K. Collins
                 (By) Sandra K. Collins, Deputy Clerk